IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES KENNEDY, ET AL.,              ) | |
|                                                             ) | |
|     Plaintiffs,                                     ) | |
|                                                             ) | |
| v.                                                      ) | Civil No.  3:20-mc-00007 |
|                                                             ) | Judge Trauger |
| FREDERICK CARUSO, ET AL.,    ) | |
|                                                             ) | |
|     Defendants.                                 ) | |

**O R D E R**

On May 4, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 6), to which no timely objections have been filed.  The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby ORDERED that the request by the plaintiffs to order Joseph Meade to show cause why he should not be held in contempt for failing to comply with a subpoena issued in the United States District Court for the District of Connecticut (Docket No. 1) is hereby TRANSFERRED to the United States District Court for the District of Connecticut pursuant to Federal Rule of Civil Procedure 45(f).

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge